UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RODRIGUEZ ESCAMILLA, ERICK; MELO VERA, JAVIER,

Petitioner,

v.

BRUCE SCOTT et al.,

Respondents.

CASE NO. 2:26-CV-03523

ORDER GRANTING TEMPORARY RELIEF PENDING RESPONDENTS' RESPONSE TO PETITIONERS' MOTION FOR TEMPORARY RESTRAINING ORDER AND DIRECTING THE PARTIES TO MEET AND CONFER

Petitioners Erick Rodriguez Escamilla and Javier Melo Vera filed a petition for writ of habeas corpus together with an emergency motion for temporary restraining order ("TRO"). Due to problems encountered with the Court's CM/ECF filing system,[1] Petitioners' counsel was unable to docket these documents; counsel instead emailed these documents to the Court.

[1] Counsel's legal assistant contacted the emergency filings telephone number and identified they received an error while attempting to docket the petition and temporary restraining order. The undersigned sought to review the docket on CM/ECF without success. Counsel was then instructed to email a copy of the proposed filings to the undersigned orders email inbox for review and consideration.

The petition and motion for TRO allege that Petitioners are members of the Bond Denial Class certified in *Rodriguez Vasquez v. Bostock*, Case No. 3:25-cv-05240-TMC (W.D. Wash. Mar. 20, 2025). Petitioners allege they have been detained and have not been provided a bond hearing as required by *Rodriguez Vasquez*. Petitioners further allege their commissary accounts and phone access have been disabled. They further assert that, based on reports from within the detention facility, they are at risk of being transferred from this District this weekend before being provided a bond hearing as required by *Rodriguez Vasquez*. Petitioners also allege that transfer from the District will interfere with access to their counsel and the support they have in the District thereby causing irreparable harm.

The Petition raises serious questions regarding the potential denial of a bond hearing as required by *Rodriguez Vazquez*.

Counsel certifies that at the time of filing the present motion for TRO, counsel provided notice to the United States of the intent to seek a TRO and that counsel emailed a copy of the petition and motion for TRO to USAWAW.ImmigrationHabeasAnumbers@usdoj.gov.

**ORDER**

The Court may grant a TRO to preserve the Court's jurisdiction and to maintain the status quo. *See A.A.R.P. v. Trump*, 605 U.S. 91, 97 (2025) (Federal courts have "the power to issue injunctive relief to prevent irreparable harm to the applicants and to preserve [] jurisdiction over the matter."). Accordingly, the Court orders as follows:

1. Petitioners' motion for temporary restraining order (Dkt. No. 2) is *provisionally* GRANTED pending Respondents' response to the motion. This grant is solely for the purpose of maintaining the status quo so that the Court may review the merits of the motion after full briefing.

2. **Respondents ARE PROHIBITED from transferring Petitioners Erick Rodriguez Escamilla and Javier Melo Vera from this jurisdiction—i.e., the Western District of Washington—without further order.**
3. Petitioners' counsel SHALL immediately serve process and a copy of this Order on Respondents. Petitioners' counsel SHALL immediately contact Respondents' counsel to provide a copy of this Order and to meet and confer on (1) a briefing schedule for the motion for TRO and (2) whether the government will agree to a stipulated order to not transfer Petitioner to another facility during the pendency of this action.
4. If the Parties can agree on a briefing schedule, they SHALL file a stipulated proposed briefing schedule with the Court, along with any other stipulations the Parties may agree on for the pendency of this case. If the Parties cannot reach agreement on a briefing schedule, then Respondents SHALL respond to the motion for TRO on the schedule set by Local Civil Rule 65 once service is accomplished.
5. The Parties SHALL contact the courtroom deputy of the assigned judge by email if they wish to schedule oral argument on the motion for TRO.
6. Entered at 12:49 a.m.

Dated this 19th day of September, 2026.

David G. Estudillo
United States Chief District Judge