UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ERICK RODRIGUEZ ESCAMILLA, et al.,

Petitioner,

v.

BRUCE SCOTT, et al.,

Respondent.

CASE NO. 2:26-cv-03523-BAT

**ORDER STRIKING MOTION FOR TRO, DKT. 2**

Respondents have filed a response stating the parties have met, conferred, and agree Petitioner's motion for a TRO is moot as the Court issued a scheduling order. The Court now **ORDERS**:

1. The motion for TRO is stricken.

2. The briefing schedule and all other requirements set forth in the Court's scheduling order, Dkt. 5, remain in full force and effect.

DATED this 2nd day of October, 2026.

BRIAN A. TSUCHIDA
United States Magistrate Judge