UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAVIER MELO VERA et al.,

Petitioners,

v.

BRUCE SCOTT, et al.,

Respondents.

CASE NO. 2:26-cv-03523-BAT

**ORDER GRANTING JAVIER MELO VERA'S MOTION TO TERMINATE TRO, DKT. 19.**

**Javier Melo Vera** by counsel moves the Court to terminate the temporary restraining order (TRO) issued on October 14, 2026 in the Court's order directing a bond hearing be provided. Dkt. 16. Petitioner contends he wishes to voluntarily depart the country and no longer seeks the protection of a TRO. The Court having considered the motion ORDERS:

1. The Court's order, Dkt. 16. prohibiting Respondents from transferring Petitioner JAVIER MELO VERA, is terminated as to **Mr. Melo Vera only.**

2. The clerk shall provide a copy of this order to the parties.

DATED this 29th day of October, 2026.

BRIAN A. TSUCHIDA
United States Magistrate Judge